## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Brian J. Visalli v. United States Department of The Treasury. Internal Revenue Service,

Case Number: 1:26-cv-12139

An appearance is hereby filed by the undersigned as attorney for:

Brian J. Visalli

Attorney name (type or print): Seth D. Matus

Firm: Workplace Law Partners, P.C.

Street address: 155 N. Michigan Avenue, Suite 719

City/State/Zip: Chicago, IL 60601

Bar ID Number: 6272674
(See item 3 in instructions)

Telephone Number: 312-861-1800

Email Address: smatus@fishlawfirm.com

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you acting as local counsel in this case? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☑ Yes ☐ No

If this case reaches trial, will you act as the trial attorney? ☐ Yes ☑ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 10-02-26

Attorney signature: S/ Seth D. Matus
(Use electronic signature if the appearance form is filed electronically.)